Case 4:21-cv-00765 Document 11 Filed on 04/06/21 in TXSD Page 1 of 1

United States Courts
Southern District of Texas
FILED

April 06, 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO EVARISTO PEREZ | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 4:20-CV-00765 |
| | § | |
| DISNEY CORPORATION | § | |
|     Defendant. | § | |

## AFFIDAVIT LETTER - DEFAULT JUDGMENT IN FAVOR OF PRO SE PLAINTIFF

    Pro Se Plaintiff writes the Court and the clerks to enforce Federal Rules of Civil Procedures Rule 55 "Default Judgment" in favor of the Pro Se Plaintiff due to the fact that Defendant failed to respond to "PRO SE PLAINTIFF ALEJANDRO EVARISTO PEREZ'S MOTION FOR SUMMARY JUDGEMENT" (Docket # 4) within the 21 days required. Today officially marks 29 days. The motion was filed on 09MAR2021 with a Motion Docket Date of 30MAR30. The Defendant has not responded to the motion and thus, by law, the Court and the clerks must enforce a default judgment in favor of the Pro Se Plaintiff.

    IT IS THEREFORE BY LAW that Plaintiff be granted the PRO SE PLAINTIFF ALEJANDRO EVARISTO PEREZ'S MOTION FOR SUMMARY JUDGEMENT and grants all remedies that the Plaintiff requests from the Defendant in order to successfully close this civic legal case without any further legal delays and for the betterment of the United States of America.

/s/ Alejandro Evaristo Perez                                       06APR2021

_____           _____
Alejandro Evaristo Perez                                               Date