United States District Court
Southern District of Texas
**ENTERED**
January 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALEJANDRO EVARISTO PEREZ, Plaintiff, | § § § § § | CIVIL ACTION NO. 4:21-cv-00765 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| DISNEY CORPORATION and THE WALT DISNEY COMPANY, Defendants. | § § § § § | |

### RECUSAL ORDER

I stand RECUSED in this case.

All deadlines in scheduling orders remain in effect, and all court settings are vacated.

This case has been reassigned to Judge Keith P Ellison for all further proceedings.

SO ORDERED.

Signed on January 24, 2022 at Houston, Texas.

*[signature: Chs R Eshridge]*
Hon. Charles Eskridge
United States District Judge