UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALEJANDRO EVARISTO PEREZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-00765 |
| | § | |
| **DISNEY CORPORATION,** | § | |
| | § | |
| **Defendant.** | § | |

### MOTION TO WITHDRAW ELIZABETH K. DUFFY
### AS COUNSEL FOR THE WALT DISNEY COMPANY

The Walt Disney Company ("TWDC") files this *Motion to Withdraw Elizabeth K. Duffy as Counsel for the Walt Disney Company*, and respectfully shows the Court as follows:

On August 4, 2023, Elizabeth K. Duffy will resign from being an attorney with Locke Lord LLP, the firm representing TWDC. Thus, TWDC requests that the Court withdraw her as counsel for it in this matter. TWDC further requests that the Clerk of Court remove Ms. Duffy from the list of persons authorized to receive electronic notices in this case.

C. Scott Jones, Tucker Davison and Harriet E. Miers will continue to represent TWDC. Thus, the withdrawal will not have an adverse effect on TWDC or otherwise affect the status of the case.

Wherefore, TWDC respectfully requests that the Court grant this Motion, permit Ms. Duffy to withdraw as counsel for TWDC, and also direct the Clerk of Court to remove

Ms. Duffy from the list of persons authorized to receive electronic notices. TWDC additionally requests all other relief, in law or in equity, to which it may be justly entitled.

Date: July 21, 2023.                                    Respectfully submitted,

                                                        /s/ C. Scott Jones

                                                        **Harriet Miers**
                                                          State Bar No. 00000067
                                                          Southern District No. 11205
                                                          hmiers@lockelord.com

                                                        **C. Scott Jones**
                                                          Texas Bar No. 24012922
                                                          Southern District No. 30121
                                                           sjones@lockelord.com

                                                        **A. Tucker Davison**
                                                          State Bar No. 24120794
                                                          Southern District 3714180
                                                          tucker.davison@lockelord.com

                                                        **LOCKE LORD, LLP**
                                                        2200 Ross Avenue, Suite 2800,
                                                        Dallas, Texas 75201
                                                        T: (214) 740-8000
                                                        F: (214) 740-8800

                                                        **ATTORNEYS FOR THE WALT DISNEY COMPANY**

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with Plaintiff on the relief requested herein and as of the date and time of filing of this Motion, Plaintiff has not responded to these efforts.

                                                        /s/ Elizabeth K. Duffy
                                                        Elizabeth K. Duffy

## CERTIFICATE OF SERVICE

    I certify that I served the foregoing document on all counsel and/or pro se parties of record via the Court's electronic service on July 21, 2023.

                                          */s/ C. Scott Jones*
                                          C. Scott Jones